Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Road
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STEPHANIE GILBERT** | 3:11-cv-00669-HU |
| Plaintiff, | ORDER FOR EAJA ATTORNEY FEES |
| v. | |
| **MICHAEL J. ASTRUE**<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $7,043.89 for attorney fees to Plaintiff to be mailed to Plaintiff's attorney at 316 Second Rd, Summertown, TN. 38483.

It is so ORDERED

Dated this 2nd day of May, 2012

/s/ Dennis J. Hubel
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES